**Exhibit 1**

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

NEWPORT NEWS VA 23606

Postage                              $1.73    0370
Certified Fee                        $2.80    08
Return Receipt Fee                   $0.00           Postmark
(Endorsement Required)                                Here
Restricted Delivery Fee              $0.00
(Endorsement Required)
Total Postage & Fees         $       $4.53    06/08/2009

Sent To
144-A Thimble Shoals Blvd
Street, Apt. No.;
or PO Box No.   Newport News VA
City, State, ZIP+4

7007 2560 0003 0465 5671

PS Form 3800, August 2006              See Reverse for Instructions
```

p.1

UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 2560 0003 0465 5671
Class: First-Class Mail®
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 1:50 PM on June 9, 2009 in NEWPORT NEWS, VA 23606.

Detailed Results:
- Delivered, June 09, 2009, 1:50 pm, NEWPORT NEWS, VA 23606
- Arrival at Unit, June 09, 2009, 8:41 am, NEWPORT NEWS, VA 23606
- Acceptance, June 08, 2009, 3:59 pm, HAMPTON, VA 23666

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Track & Confirm
Enter Label/Receipt Number.

Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA