**Exhibit 2**

PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
ATTORNEYS AND COUNSELORS AT LAW
SUITE 300
12350 JEFFERSON AVENUE
NEWPORT NEWS, VIRGINIA 23602

Tatyana Babakaeva
2124 Criston Drive
Newport News, VA  23602



neopost

049J82042622
$01.390
Mailed From 23602
06/30/2009
US POSTAGE