# Electronic Filing and Service of Documents, Continued

**Exhibit 3**

| | |
|---|---|
| **Docket Entry Creation and Modification** | When a filing user files a document, the system creates a docket entry that uses the information provided by the filing user. Clerk's office staff will, where necessary and appropriate, modify the docket entry description to comply with quality control standards. |
| **Filing in the Wrong Case or Attaching an Incorrect PDF** | In the event a filing user electronically files a document in the wrong case or attaches an incorrect PDF document, the clerk of court, or a designee, is authorized to strike the document from the record. If a document is removed, a NEF will be sent to all parties in the case. |
| **Consent to Electronic Service** | By participating in the electronic filing process, the parties consent to the electronic service of all documents and will make available electronic mail addresses for service. Upon the filing of a document by a filing user, an e-mail message containing the NEF, with a hyperlink to the electronically filed document, will be automatically generated by the ECF system and sent via electronic mail to the e-mail addresses of all parties who have registered in the case.<br><br>*Note*: Recipients of the e-mailed NEF get ONE free look at the linked document within the NEF. This free look expires after the recipient has clicked on the link or after 15 days have elapsed from receipt of the NEF. Further looks at the document must be taken through PACER. Therefore, recipients are encouraged to print out and/or electronically save the document during the free look. |
| **Service of Documents to Non-Filing Users** | A party who is not a registered filing user is entitled to a paper copy of any electronically filed document, as well as of the NEF that constitutes proof of filing. Therefore, filing users must provide non-filing users, including terminated parties or attorneys, if appropriate, with a paper copy of the document and a copy of the NEF, pursuant to Fed.R.Civ.P. 5(b) and Fed.R.Crim.P. 49(b). The service of a paper copy of the document and of the NEF is only necessary for documents filed by the filing user. |

*Continued on next page*