**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| **TATYANA A. BABAKAEVA,** )  | |
| ) | |
| **Plaintiff,** )  | |
| ) | |
| **v.** ) | **Civil Action No.: 4:09cv58** |
| ) | |
| **PAUL H. WILSON and** ) | |
| **WILSON & WILSON, P.C.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR A PROTECTIVE ORDER

NOW COME the Defendants, Paul H. Wilson and Wilson & Wilson, P.C., by counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and move the Court to enter a Protective Order directing that certain discovery not be had, or in the alternative that it be limited. Prior to filing the Motion, the Defendants, through their undersigned counsel, conferred b phone with the Plaintiff in an effort to resolve the objections without success. In support of their Motion, the Defendants rely upon the attached Memorandum of Law.

> **PAUL H. WILSON and**
> **WILSON & WILSON, P.C.**
> By:   /s/ Douglas E. Miller
> Douglas E. Miller (VSB 38591)
> Veronica E. Meade Sheppard (VSB 66727)
> Patten, Wornom, Hatten & Diamonstein, L.C.
> Suite 300
> 12350 Jefferson Avenue
> Newport News, VA  23602
> Tele:  (757) 223-4536
> Fax:  (757) 223-4518
> dmiller@pwhd.com
> vsheppard@pwhd.com
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 22, 2009, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following.   I also served a true copy of the foregoing via first class mail, postage prepaid on:

> Tatyana Babakaeva
> 2124 Criston Drive
> Newport News, VA  23602
>
> *Plaintiff, appearing pro se*

> /s/ Douglas E. Miller
> Douglas E. Miller (VSB 38591)
> Veronica E. Meade Sheppard (VSB 66727)
> Patten, Wornom, Hatten & Diamonstein, L.C.
> Suite 300
> 12350 Jefferson Avenue
> Newport News, VA  23602
> Tele:  (757) 223-4536
> Fax:   (757) 223-4518
> dmiller@pwhd.com
> vsheppard@pwhd.com
> *Counsel for Defendants*