# PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.

Exhibit 9

DONALD N. PATTEN
ROBERT R. HATTEN
ALAN A. DIAMONSTEIN
HENRY DUNCAN GARNETT, JR.
AVERY T. WATERMAN, JR.[1]
ELEANOR WESTON BROWN[2]
SOUTH T. PATTERSON
JAMES H. SHOEMAKER, JR.
HUGH B. MCCORMICK, III
STEVEN A. MEADE
DOUGLAS E. MILLER
PATRICK R. PETTITT
TODD M. LYNN
WILLIAM W. C. HARTY
JENNIFER WEST VINCENT

ATTORNEYS AND COUNSELORS AT LAW
SUITE 300
12350 JEFFERSON AVENUE
NEWPORT NEWS, VIRGINIA 23602

(757) 223-4500

FAX (757) 249-1627

WRITER'S DIRECT DIAL: (757) 223-4585
WRITER'S E-MAIL: dmiller@pwhd.com
WEBSITE: http://www.pwhd.com

KEVIN M. DIAMONSTEIN[3]
VERONICA E. MEADE SHEPPARD[4]
LINDSEY A. CARNEY
ERIN E. HIERONIMUS
JASON E. MESSERSMITH
ROBERT P. STENZHORN CPA, MBA[7]

OF COUNSEL
STANLEY W. DRUCKER
WILLIAM M. MARTIN, III
GARY M. DIMUZIO[5,6]

NEAL J. PATTEN (1917-2009)
THOMAS R. WATKINS (1925-1995)
I. LEAKE WORNOM, JR. (1926-2008)

[1] Admitted in VA, DC and LA
[2] Admitted in VA and NC
[3] Admitted in VA, DC, PA and NY

[4] Admitted in VA, DC and MD
[5] VA Pending
[6] Admitted in TX
[7] Admitted in VA and DC

October 22, 2009

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA 23602

Re: **Tatyana A. Babakaeva v. Paul H. Wilson and Wilson & Wilson, PC
Civil Action No. 4:09cv58**

Dear Ms. Babakaeva:

This letter will confirm that Wilson & Wilson's Rule 30(b)(6) designee will be available on **Thursday, October 29, 2009 at 10:00 a.m.** to have a deposition taken at the offices of Wilson & Wilson, PC, 744-A Thimble Shoals Blvd., Newport News, Virginia.

I have filed a Motion objecting to your designation of topics but we can go forward on the other issues on that date or discuss an agreed resolution.

Thank you very much for your continuing attention. If you have any questions or need additional information, do not hesitate to call me directly.

Very truly yours,

Douglas E. Miller

DEM:dc

cc: Paul H. Wilson
    Wilson & Wilson, PC