## PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.

DONALD N. PATTEN
ROBERT R. HATTEN
ALAN A. DIAMONSTEIN
HENRY DUNCAN GARNETT, JR.
AVERY T. WATERMAN, JR.[1]
ELEANOR WESTON BROWN[2]
SOUTH T. PATTERSON
JAMES H. SHOEMAKER, JR.
HUGH B. MCCORMICK, III
STEVEN A. MEADE
DOUGLAS E. MILLER
PATRICK R. PETTITT
TODD M. LYNN
WILLIAM W. C. HARTY
JENNIFER WEST VINCENT

ATTORNEYS AND COUNSELORS AT LAW
SUITE 300
12350 JEFFERSON AVENUE
NEWPORT NEWS, VIRGINIA 23602

(757) 223-4500

FAX (757) 249-1627

WRITER'S DIRECT DIAL: (757) 223-4585
WRITER'S E-MAIL: dmiller@pwhd.com
WEBSITE: http://www.pwhd.com

KEVIN M. DIAMONSTEIN[3]
VERONICA E. MEADE SHEPPARD[4]
LINDSEY A. CARNEY
ERIN E. HIERONIMUS
JASON E. MESSERSMITH
ROBERT P. STENZHORN CPA, MBA[7]

**OF COUNSEL**
STANLEY W. DRUCKER
WILLIAM M. MARTIN, III
GARY M. DIMUZIO[5,6]

NEAL J. PATTEN (1917-2009)
THOMAS R. WATKINS (1925-1995)
I. LEAKE WORNOM, JR. (1926-2008)

[1] Admitted in VA, DC and LA
[2] Admitted in VA and NC
[3] Admitted in VA, DC, PA and NY

[4] Admitted in VA, DC and MD
[5] VA Pending
[6] Admitted in TX
[7] Admitted in VA and DC

November 23, 2009

**VIA HAND DELIVERY**
Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA  23602

Re:  **Tatyana A. Babakaeva v. Paul H. Wilson and Wilson & Wilson, PC**
     **Civil Action No. 4:09cv58**

Dear Ms. Babakaeva:

Enclosed please find my clients' fully executed Answers to your Second Set of Interrogatories and Request for Production of Documents and Request for Admissions.

I have enclosed a copy of the letter denying the coverage under the Wilson's insurance. I will also make the complete file – absent attorney/client privileged material – available for your review at a mutually convenient date and time. I will also allow you to review the trust account bank statements in redacted form. Please advise me when you would like to inspect it and I will arrange to produce it in my office.

Thank you very much for your continuing attention. If you have any questions or need additional information, do not hesitate to call me directly.

Very truly yours,

Douglas E. Miller

DEM:dc
Enclosures
cc:  Paul H. Wilson (w/ encl.)

