IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| TATYANA A. BABAKAEVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 4:09cv58 |
| ) | |
| PAUL H. WILSON and ) | |
| WILSON & WILSON, P.C., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STAY

NOW COME the Defendants, Paul H. Wilson and Wilson & Wilson, P.C., by counsel, and move the Court to enter an Order staying the captioned matter and continuing the trial date for a period of 60 days on the grounds and for the reasons more specifically set forth in the attached Memorandum of Law.

                                          **PAUL H. WILSON and WILSON & WILSON, P.C.**

                                          By:    /s/ James H. Shoemaker, Jr.
                                          James H. Shoemaker, Jr. (VSB 33148)
                                          Douglas E. Miller (VSB 38591)
                                          Patten, Wornom, Hatten & Diamonstein, L.C.
                                          Suite 300
                                          12350 Jefferson Avenue
                                          Newport News, VA 23602
                                          Tele: (757) 223-4536
                                          Fax: (757) 223-4518
                                          jshoemaker@pwhd.com
                                          dmiller@pwhd.com
                                          *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on December 2, 2009, that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following. I also served a true copy of the foregoing via first-class mail, postage prepaid, on:

>Tatyana Babakaeva
>2124 Criston Drive
>Newport News, VA  23602
>
>*Plaintiff, appearing pro se*

>/s/ James H. Shoemaker, Jr.
>James H. Shoemaker, Jr. (VSB 33148)
>Douglas E. Miller (VSB 38591)
>Patten, Wornom, Hatten & Diamonstein, L.C.
>Suite 300
>12350 Jefferson Avenue
>Newport News, VA  23602
>Tele:  (757) 223-4536
>Fax:   (757) 223-4518
>jshoemaker@pwhd.com
>dmiller@pwhd.com
>*Counsel for Defendants*