IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
DEC - 8 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

TATYANA A. BABAKAEVA, )
)
Plaintiff, )
)
v. ) Civil Action No.: 4:09cv58
)
PAUL H. WILSON and )
WILSON & WILSON, P.C., )
)
Defendants. )

## CONSENT ORDER

THIS DAY came the Defendants, Paul H. Wilson and Wilson & Wilson, P.C., by counsel, and moved the Court to cure a defect in the late filing of their Memorandum of Law Opposing Plaintiff's Second Motion to Compel and their Memorandum in Response to Plaintiff's Motion for a Protective Order. The Defendants timely filed these responsive pleadings on November 30, 2009 via the ECF system, however, the pleadings were not accepted because the ECF log-in and filing information did not match the signature of the attorney filing the Memoranda. The pleadings were refiled correctly on December 1, 2009, which was considered a late filing. The Plaintiff, Tatyana A. Babakaeva, does not object to the late filing as evidenced by her signature hereto. Therefore, upon consideration whereof, it is

1

ORDERED that the Defendants' Memorandum of Law Opposing Plaintiff's Second Motion to Compel and their Memorandum in Response to Plaintiff's Motion for a Protective Order is hereby timely filed on December 1, 2009.

ENTERED: 12-8-09                    /s/ James E. Bradberry
                                    ~~JUDGE~~
                                    U.S. Magistrate Judge

~~WE~~ ASK FOR THIS:

/s/
_____
James H. Shoemaker, Jr. (VSB 33148)
Douglas E. Miller (VSB 38591)
Patten, Wornom, Hatten & Diamonstein, L.C.
Suite 300
12350 Jefferson Avenue
Newport News, VA 23602
Tele: (757) 223-4536
Fax: (757) 223-4518
jshoemaker@pwhd.com
dmiller@pwhd.com
*Counsel for Defendants*

SEEN AND AGREED:

*Tatyana Babakaeva*
_____
Tatyana Babakaeva
2124 Criston Drive
Newport News, VA 23602
*Pro sé*