AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
Newport News Division

Tatyana A. Babakaeva,

       Plaintiff,

v.                                      Case Number:   4:09cv58

Paul H. Wilson,
Wilson & Wilson, P.C.,

       Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Court GRANTS both Defendants' Motions for Summary Judgment. Judgment shall be entered for Defendants on all counts. Plaintiff's Cross-Motion for Partial Summary Judgment is DENIED.

 September 22, 2010                                FERNANDO GALINDO, CLERK
       Date

                                                          By:      /s/
                                                             Karen V. Griffin, Deputy Clerk